IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02439-MSK-KLM

RUSSELL J. JOHNSON,
JENNIFER JOHNSON,
ALVA COLBY, and
JOYCE COLBY,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiffs commenced this action in the Boulder County District Court. They have alleged claims of negligence and spoliation of evidence against Defendant arising out of an auto accident that took place on July 27, 2000, in Albany County, Wyoming. In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

In their Complaint, the Plaintiffs did not request any particular monetary relief. The Defendant contends that the requisite amount in controversy is established solely by the Plaintiffs' election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Boulder County District Court.

DATED this 27th day of November, 2007.

**BY THE COURT:**

*[signature]*

Marcia S. Krieger
United States District Judge